Defendants:

Facebook, Meta, Rudy Giuliani, John Eastman, Mark Meadows, Kenneth Chesebro, Jeffrey Clark, Jenna Ellis, Ray Smith III, Robert Cheeley, Cathleen Latham, Scott Hall, Stephen Lee, Harrison Floyd, Trevian Kutti, Sidney Powell, Misty Hampton, Michael Roman, David Shafer, Shawn Still, Vldimir Putin, Twitter and Meta LLC.

FILED

AUG 0 8 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

Relief Requested:

$100,000,000.00 for punitive damages;
100% Ownership of Defendants Assets
& Liquidations; All other Reliefs
Just & Proper.

Statement of Facts:
All defendants committed identity theft,
fraud, U.S. Constitutional Violations, RICO
Acts and Due Process violations against Robert W. Johns

08/24/2023

Rachel W. Johnson
Robert W. Johnson

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, on 08/24/2023, served a copy of Civil Cover Sheet & IFP Application upon:

1. Court Clerk: U.S. Courts; 220 WEST DEPOT ST.; STE. 200; GREENVILLE TN 37743.

08/24/2023

*Robert W. Johnson* (signature)
Robert W. Johnson

# CIVIL COVER SHEET

JS 44 (Rev. 10/20)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Robert W. Johnson

**DEFENDANTS**
Donald J. Trump, et al.

(b) County of Residence of First Listed Plaintiff: Onondaga
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: New York
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Robert W. Johnson; 65 Sidney St., Buffalo, NY 14211

Attorneys *(If Known)*
Pro Se Corporation

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
Citizen of This State: PTF [X] 1, DEF [ ] 1

**IV. NATURE OF SUIT**
- [X] 440 Other Civil Rights

**V. ORIGIN**
- [X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing: U.S. Constitution
Brief description of cause: Identity Theft, Govt. Crimes, Pro Se Corporation & Fraud

**VII. REQUESTED IN COMPLAINT:**
DEMAND $ 100,000,000.00
JURY DEMAND: [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY**
JUDGE: VINCE GIRDHARI
DOCKET NUMBER: 18-md-02843-VC

DATE: 08/24/2023
SIGNATURE OF ATTORNEY OF RECORD: Robert W. Johnson

ROBERT W. JOHNSON
65 SIDNEY ST.
BUFFALO, NY 14211

COURT CLERK: U.S. COURTS
220 WEST DEPOT ST. : SUITE 200
GREENVILLE, TENNESSEE 37743

SYRACUSE, NY 13201
AUG 25, 2023

37743

**$0.66**

R2304M114230-43

RDC 99