UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| ROBERT JOHNSON, | ) | |
|---|---|---|
| | ) | Case No. 2:23-cv-116 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Cynthia R. Wyrick |
| FACEBOOK, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |
| | ) | |

## MEMORANDUM AND ORDER

Before the Court is Magistrate Judge Cynthia R. Wyrick's report and recommendation (Doc. 7), which recommends that the Court dismiss Plaintiff Robert Johnson's amended complaint without prejudice.

Plaintiff filed the original complaint (Doc. 2) in this action on August 23, 2023, and contemporaneously filed a motion for leave to proceed *in forma pauperis* (Doc. 1). Under the Prison Litigation Reform Act, district courts must screen pro se complaints—even when the plaintiff is not a prisoner but seeks *in forma pauperis* status—and *sua sponte* dismiss any claims that are frivolous or malicious, fail to state a claim on which relief may be granted, or name a defendant who is immune. *See* 28 U.S.C. § 1915(e)(2); *Baker v. Wayne Cnty. Fam. Indep. Agency*, 75 F. App'x 501, 502 (6th Cir. 2003) ("The statute requires courts to dismiss in forma pauperis complaints that fail to state a claim[] and applies to complaints filed by non-prisoners as well as prisoners." (citations omitted)). Therefore, Magistrate Judge Wyrick screened Plaintiff's complaint in addition to considering his motion to proceed *in forma pauperis*.

On screening, Magistrate Judge Wyrick found that Plaintiff had failed to state a claim upon which relief could be granted. (Doc. 7, at 4.) Specifically, Plaintiff filed a one sentence complaint which stated that "[a]ll defendants committed identity theft, fraud, U.S. Constitutional violations, RICO Acts and Due Process violations against Robert W. Johnson." (*Id.*) Magistrate Judge Wyrick found that Plaintiff provided no description of the events which gave rise to his claims. (*Id.*) Magistrate Judge Wyrick also noted that Plaintiff had been given 30 days to amend his complaint but had not done so. (*Id.* at 1–2.) Plaintiff has filed no objections to Magistrate Judge Wyrick's report and recommendation and the time to do so has now passed.

After reviewing the record, the Court agrees with Magistrate Judge Wyrick's report and recommendation. The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Wyrick's report and recommendation (Doc. 7). This action **SHALL** be **DISMISSED WITHOUT PREJUDICE**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**