UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ROBERT JOHNSON, ) | |
| ) | Case No. 2:23-cv-116 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Cynthia R. Wyrick |
| FACEBOOK, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |
| ) | |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum and order, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Wyrick's report and recommendation (Doc. 7), and this action is therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT