# U.S. DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

Robert W. Johnson,
    PLAINTIFF,
v.
FACEBOOK, et al.,
    DEFENDANTS.

RICO ACT CRIMES

NOTICE OF DEFAULT JUDGEMENT, PRO SE CORPORATION & ELECTION FRAUD
2:23-CV-116

---

Robert W. Johnson objects to all alleged findings of facts and reserves all rights for RICO ACT CRIMES, PRO SE CORPORATION & WHITE COLLAR CRIMES.

11/01/2023

Robert W. Johnson
Robert W. Johnson

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of Notice of Default Judgement, Pro Se Corporation & Election Fraud on 11/01/2023 upon:

1. Court Clerk : U.S. Courts :
   900 GEORGIA AVE : ROOM 309 :
   CHATTANOOGA, TN 37409.

11/01/2023

Robert W Johnson

ROBERT W. JOHNSON
65 SIDNEY ST.
BUFFALO, NY 14211

**Retail**

USPS
UNITED STATES POSTAL SERVICE

37402

RDC 99

U.S. POSTAGE PAID
FCM LETTER
BUFFALO, NY 14203
NOV 20, 2023

**$0.66**

R2304M114097-32

COURT CLERK: U.S. COURTS
900 GEORGIA AVE: ROOM 309
CHATTANOOGA, TN 37402

374028223D C003